Vincent Galvin (#104448)
Mike H. Madokoro (#146970)
Chancellor W. Tseng (#322236)
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA  95110-1364
Telephone:   (408) 279-5393
Facsimile:   (408) 279-5845
Vincent.galvin@bowmanandbrooke.com
Mike.madokoro@bowmanandbrooke.com
Chancellor.tseng@bowmanandbrooke.com

Attorneys for Defendant
Tesla, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| TOMOMI UMEDA, an individual, on behalf of herself and as successor in interest to YOSHIHIRO UMEDA, deceased, and MIYU UMEDA, individually and on behalf of herself and as heir to YOSHIHIRO UMEDA, deceased,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>TESLA, INC.<br><br>　　　　　　Defendants. | Case No. 5:20-cv-2926-SVK<br>Honorable Susan van Keulen<br>Courtroom 6 – 4th Floor<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br><br>Action Filed: April 28, 2020 |

## **NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant Tesla, Inc.

///

///

///

NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANT TESLA, INC.

1　　　　　　　　　　　　　　5:20-cv-2926-SVK

Chancellor W. Tseng (CA #322236)
Bowman and Brooke LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110
chancellor.tseng@bowmanandbrooke.com
T: 408.279.5393 | F: 408.279.5845

Respectfully submitted,

Dated: May 22, 2020                                    BOWMAN AND BROOKE LLP


                                          ___/s/ Chancellor W. Tseng___
                                                Vincent Galvin
                                            Mike H. Madokoro
                                          Chancellor W. Tseng
                                          Attorneys for Defendant
                                                Tesla, Inc.