UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMOMI UMEDA, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>TESLA INC.,<br><br>           Defendant. | Case No.  20-cv-02926-SVK<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT TESLA, INC.'S MOTION TO STAY**<br><br>Re: Dkt. No. 13 |

Before the Court is the motion of Defendant Tesla, Inc. to stay the Rule 26(f) conference, Initial Disclosures, the Initial CMC, and all related deadlines pending resolution of Tesla's impending motion to dismiss on the grounds of forum non conveniens. Dkt. 13. Because the motion to dismiss has not yet been filed, Defendant's motion to stay is **DENIED AS PREMATURE** without further briefing. Defendant may renew its request for a stay once the motion to dismiss is filed. Further, the Court advises all parties that while a stay of discovery pending a motion to dismiss may be reasonable under certain circumstances, initial disclosures and conferences pursuant to Rule 26(a), (f) may be helpful to the parties and to the Court in addressing a motion to dismiss for forum non conveniens.

**SO ORDERED.**

Dated: July 2, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge