Edward C. Chen (SBN 312553)
LAW OFFICES OF EDWARD C. CHEN
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: (949) 287-4278
Facsimile: (626) 385-6060
Edward.Chen@edchenlaw.com

Joel Greer (*pro hac vice pending*)
Nathaniel Reisenberg (*pro hac vice pending*)
ZELO (Foreign Law Joint Enterprise)
NTT Hibiya Building 8F
1-1-6 Uchisaiwaicho, Chiyoda-ku
Tokyo 100-0011
Telephone: +81 3 6868 6770
joel.greer@zelojapan.com
nathan.reisenburg@zelojapan.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| TOMOMI UMEDA, an individual, on behalf of herself and as successor in interest to YOSHIHIRO UMEDA, deceased, and MIYU UMEDA, a minor, individually and on behalf of herself and as heir to YOSHIHIRO UMEDA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC. and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 5:20-cv-2926-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE PARTIES' DEADLINES WITH RESPECT TO THE BRIEFING OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO LOCAL RULE 6-2**<br><br>Hearing Date: August 25, 2020<br>Time: 10:00 a.m.<br>Judge: Honorable Susan van Kuelen<br>Courtroom: Courtroom 6 – 4th Floor<br><br>Action Filed: April 28, 2020<br>Trial Date: Not Yet Set |

1

Pursuant to Rules 6-2 and 7-12 of the Civil Local Rules of the Northern District of California, Plaintiffs Tomomi Umeda and Miyu Umeda (collectively, "Plaintiffs"), and Defendant Tesla, Inc. ("Tesla"), by and through their attorneys of record, hereby stipulate to an extension of time for Plaintiffs to oppose Tesla's motion to dismiss under *forum non conveniens,* which is currently set for July 22, 2020. Accordingly, Plaintiffs shall have 7 days up to and including July 29, 2020 to file an opposition.

Plaintiffs and Tesla further stipulate and agree that Tesla's time to file a reply in support of its motion to dismiss is extended by 7 days up to and including August 5, 2020. This stipulation does not alter any other date or any event or deadline already fixed by Court order or rule, including the hearing date on Tesla's motion to dismiss, which is currently scheduled to be held on August 25, 2020.

Pursuant to Civil Local Rule 6-2(a), the reasons for the requested extension of time are set forth in the attached Declaration of Edward Chen.

IT IS SO STIPULATED AND AGREED.


Dated: July 22, 2020             LAW OFFICES OF EDWARD C. CHEN

                                 By:    /s/ *Edward C. Chen*
                                        Edward C. Chen
                                        LAW OFFICES OF EDWARD C. CHEN
                                        Attorneys for Plaintiffs
                                        Tomomi Umeda and Miyu Umeda


Dated: July 22, 2020             BOWMAN AND BROOKE LLP

                                 By:    /s/ *Vincent Galvin*
                                        Vincent Galvin
                                        Mike H. Makodoro
                                        Chancellor W. Tseng
                                        Attorneys for Defendant
                                        Tesla, Inc.

# DECLARATION OF EDWARD CHEN

I, Edward Chen, hereby declare as follows:

1. I am an attorney licensed to practice before this Court and am a member in good standing of the California State Bar. I am counsel with the Law Offices of Edward C. Chen and am the attorney-of-record for Plaintiffs Tomomi Umeda and Miyu Umeda (collectively "Plaintiffs") with respect to the case short-titled *Umeda et. al. v. Tesla, Inc.,* United States District Court for the Northern District of California, Case No. 5:20-cv-02926-SVK. I have personal knowledge of the matters set forth in this declaration and if called upon to testify thereto I could and would competently do so.

2. On July 8, 2020, Defendant Tesla, Inc. ("Tesla") filed a motion to dismiss under *forum non conveniens*. The motion is set for hearing on August 25, 2020.

3. Pursuant to Rule 7-3(a) and (c) of the Local Rules of the Northern District of California, Plaintiffs' opposition to Tesla's motion is currently due on July 22, 2020, and Tesla's reply is due on July 29, 2020.

4. On July 21, 2020, I contacted Tesla's counsel, Vincent Galvin, and informed him of several last-minute conflicts in my schedule that could not be waived and inquired as to whether Tesla would be amenable to a stipulation agreeing to extend Plaintiffs' time to oppose Tesla's motion to dismiss by a short time period of no longer than 7 days. Counsel for Tesla agreed to accommodate with the requested extension of time and agreed that Plaintiffs' last day to file an opposition to Tesla's motion to dismiss would be extended by 7 days up to and including July 29, 2020. The parties further agreed that Tesla's time to file a reply in support of its motion should be extended by 7 days up to and including August 5, 2020.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3

5. The only prior time modification in this case was a stipulation by the parties to continue the Rule 26(f) conference, initial disclosures, initial case management conference, and all other related deadlines, which the Court granted on July 8, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct, and that this declaration was executed this 22nd day of July, 2020 in Huntington Beach, California.

By:    */s/ Edward C. Chen*
       Edward C. Chen

**ECF ATTESTATION**

I, Edward C. Chen, am the ECF User whose ID and password are being used to file the foregoing STIPULATON AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS. In compliance with Local Rule 5–1, I hereby attest that Vincent Galvin has concurred in this filing.

Dated: July 22, 2020          By:     */s/ Edward C. Chen*
                                      Edward C. Chen
                                      LAW OFFICES OF EDWARD C. CHEN
                                      Attorneys for Plaintiff
                                      Tomomi Umeda and Miyu Umeda

**[PROPOSED] ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS SO ORDERED:

Plaintiffs' last day to file an opposition to Tesla's motion to dismiss is extended by 7 days up to and including July 29, 2020.

Tesla's last day to file a reply in support of its motion to dismiss is extended by 7 days up to and including August 5, 2020.

IT IS SO ORDERED

Dated: _____          _____
                                                                    The Hon. Susan van Keulen
                                                                    UNITED STATES MAGISTRATE JUDGE