UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 25 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TOMOMI UMEDA, an Individual, and as Successor-in-Interest to Yoshihiro Umeda, deceased. and MIYU UMEDA, an Individual, and Successor-in-Interest, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> TESLA, INC., <br><br> Defendant - Appellee. | No. 21-15286 <br><br> D.C. No. 5:20-cv-02926-SVK <br> U.S. District Court for Northern California, San Jose <br><br> **MANDATE** |

The judgment of this Court, entered January 03, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7